FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 21 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

CIVIL RIGHTS: 1983 BIVENS ACTION
28 USC §1331

JULIUS HARRISON,

    PLAINTIFF

V.

ACTION 1:12-CV-4459-TCB

T.C.B.-R.G.V.

1:13-CV-3360-TCB-RGV

DR. LEWIS JACKSON,

JA KELLER,

    DEFENDANTS.

_____

**Clarification to Court**

COME NOW, Plaintiff, Julius Harrison to make the situation lucid and imminently crystal clear. Please be advised that plaintiff's property has been here in Edgefield, since I arrived because it came with me. Hoping that this doe's show the court exactly how inept and pathetic, and dimwited this whole BOP crazy system is. I still cannot for the life of me

Fanthom any logical reason that I don't have my property. Since I arrived here in the early part of Aug. These people, as I have said before, don't give two (2) cents about judicial system. I am so tired asking for my belongings. They keep giving me the runaround. As the court certainly can also see, the first memo from here said I could have my stuff 21 days after Aug the 26th. Plaintiff Dumbkey asked again and they told me not to ask anymore because it would make them mad. Sincerly on my end I want the court to know that my hands are completely tied. I have done all I can do. Now they cut (with a blade) my incoming legal mail, the last two letters from the court. I can hardly read them. All in all I clearly see this as a depravation of my due process Rht. I have been documenting everything. Respectfully submitted the 16 day of Oct.

2.

They won't even give me my eyeglasses. And when I asked them when can I get my all my legal materials they act so nonchalot, and say that its their policy and they will give it to me when they determine that I can have it. I made aware that this legal stuff takes presidence over their arbitrary whims, or how they feel and want to act, because they woke up on the wrong side of the bed. I think of what it really boils down to them not wanting to do their jobs and obey the Judicial system. This place needs a total internal investigation, living conditions are just deplorable. They have three bunks in a room that couldn't be any larger than only 10 x 6. I can't sleep in a sardine can I am putting in for a transfer. Respectfully submitt this 15th day of Oct. 2013. Julius Harrison Edgefield F.C.I P.O. Box 725
Edgefield SC. 29824   Julius Harrison



Julius Harrison 59904-019
Edgefield Correction Institution
Federal P.O. Box 725
Edgefield, SC 29824

⇦ 59904-019 ⇦
James Hatten Court Clerk
75 Spring ST SW
2211 Us.Courthouse
Atlanta, GA 30303-3361
United States

Legal Mail

Also Civil Act #
1:13-CV-3360
TCB-RGV

Federal Prison
PO Box 723
Edgefield, SC 29824

AL/SPECIAL MAIL:   The enclosed letter
arded to you was processed using special
procedures. The letter was neither opened /
cted. If the writer has a question/problem
which this facility has jurisdiction, you m
the materials for further information/clarification
writer encloses correspondence for forwarding
ther/addressee, please return enclosure to the
address

____ M ____ Date ____